**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-3102

LAUREN GOTTHELF,

      Plaintiff,

v.

BOULDER COUNTY, COLORADO;
SHERIFF JOE PELLE, in his individual and official capacity;
SERGEANT CHRIS REISS, in his individual and official capacities;
ANTHONY BRYANT, in his individual and official capacities;
KAYLEIGH MARTINEZ, in her individual and official capacities;
AMBER MCNEIL, in her individual and official capacities;
CHAD PALMER, in his individual and official capacities;

      Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

      Reid Allison of the law firm of KILLMER, LANE & NEWMAN, LLP, an attorney duly licensed to appear before this Court, hereby enters his appearance on behalf of the Plaintiff, Lauren Gotthelf.

      DATED this 31st day of October 2019.

                                    KILLMER, LANE & NEWMAN, LLP

                                    */s/ Reid Allison*
                                    _____
                                    Reid Allison
                                    1543 Champa St., Ste. 400
                                    Denver, CO 80202
                                    Phone: (303) 571-1000
                                    Facsimile: (303) 571-1001
                                    rallison@kln-law.com
                                    *Counsel for Plaintiff*